RECEIVED
NOV 15 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Western DIVISION

Wanda Ah
Plaintiff

v.

Wake County Sheriff
Department,
Major Battle

NO. 5:21-CV-00473-BO
COMPLAINT

Plaintiff resides at:
3316 Perkins Ridge Rd.
Raleigh NC 27610

Defendant(s)' name(s) and address(es), if known:
Wake County Sheriff Dept.,
Major Battle
330 S. Salisbury St.
Raleigh NC 27602

U.S. Attorney
G. Norman, Esq. 310 New Bern Ave.
Raleigh NC 27601

1

Jurisdiction in this court is based on:

Wake County Sheriff Department is a government entity.

The acts complained of in this suit concern:

October 28, 2021 I contacted Wake County Sheriff Department to request a Search Party to locate my daughter Riza Marie Simpson after I confirm she was still alive and seen by neighbors running from Raleigh Police Dept. police in a three car pursuit. This illegal pursuit was undocumented and out of Raleigh Police territory jurisdiction. After speaking with Captain Battles of Wake County Sheriff Dept requesting search party; my exasperation with his refusal to listen to my call and decline in need services to search and his threat towards me led me to contact his superior; Major Bettles. This Major returned my calls with lies and denial

2

of search party, verbally allowing the City of Raleigh Police access to continue pursuing my daughter in a hunt manor without any authority support. Mayor Battle declines in my right jail request ensured my daughter death on Friday or Saturday Morning October 29, 2021 8:30 A.M. Violating my Civil Rights, Human Rights, etc.

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

$135,000,000.00 Civil & Human Rights Violation and Mental and Emotional damages.

Termination in position without ability to hold any such position and imprisonment connection to cause of death was intentional of Lisa Marie Simpson 10/29/2021 8:30 A.M. Raleigh, NC

October 30, 2021

DATE

SIGNATURE OF PLAINTIFF

3316 Perkins Ridge Rd.
Raleigh, NC 27610

(919) 594-3201

ADDRESS AND PHONE NUMBER OF PLAINTIFF

3